# EXHIBIT O



| Licensee Name: | |
|---|---|
| Profession Name: | Registered Nurse |
| Address: | |
| Address Con't: | |
| City, State Zip: | |
| County: | |
| Practitioner DBA Name: | |
| Certification Type: | |
| Classification: | |
| Licensee Number: | |
| Original Issue Date: | |
| Expiration Date: | 4/30/2009 |

**Current Discipline Status:** None



Missouri Division of Professional Registration
3605 Missouri Boulevard
P.O. Box 1335
Jefferson City, MO 65102-1335
573.751.0293 Telephone
800.735.2966 TTY
800.735.2466 Voice Relay
profreg@pr.mo.gov
http://pr.mo.gov/



| home | careers | contact us | directions | disclaimer | hours | mission | site map | search |

parent sites
[ mo.gov | difp.mo.gov ]


