# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-2895

Reginald Clemons, et al.,

Appellants

John C. Middleton, et al.,

v.

Larry Crawford, et al.,

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:07-cv-04129-FJG)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judge Benton took no part in the consideration or decision of this matter.

December 22, 2009

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Michael E. Gans