# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 28, 2010

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

Re:  Reginald Clemons, et al.
v. Larry Crawford, et al.
No. 09-1274
(Your No. 08-2807, 08-2813, 08-2894, 08-2895)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk